U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

JAN 2 4 2011

CLERK, U.S. DISTRICT COURT
By _____
Deputy

In the United States District Court
For the Northern District of Texas
Dallas Division

| | |
|---|---|
| FRED BINDER, LINDA BINDER, WILLIAM MCGLAUN, and CAROL MCGLAUN on behalf of themselves and all similarly situated persons,<br><br>Plaintiffs,<br><br>v.<br><br>BANK OF AMERICA CORPORATION, FIA CARD SERVICES, N.A. and CITIGROUP, INC.<br><br>Defendants. | Civil Action No. 3:10-CV-770B<br><br>Jury Demanded |

## ORDER OF DISMISSAL WITH PREJUDICE AS TO BANK OF AMERICA CORPORATION AND FIA CARD SERVICES, N.A.

Before the Court is the Joint Motion for Dismissal with Prejudice of Bank of America Corporation and FIA Card Services, N.A. filed January 21, 2011 (doc. 52) by plaintiffs Fred Binder, Linda Binder, William McGlaun, and Carol McGlaun (the "Named Plaintiffs") and Defendants Bank of America Corporation ("BOA") and FIA Card Services, N.A. ("FIA"), by which the Named Plaintiffs, BOA and FIA jointly moved that all claims asserted against BOA and FIA be dismissed with prejudice, with no class being certified and with each party to bear their own costs.

Having reviewed the Joint Motion, the Court **DISMISSES WITH PREJUDICE** all claims asserted against BOA and FIA, with costs of court to be paid by the party incurring them.

**SO ORDERED on January 24th, 2011.**

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE